[No. 11619-1-III.   Division Three.   January 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
ALFREDO GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-00122-2, Robert N. Hackett, Jr., J., entered
May 20, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11656-5-III.   Division Three.   January 14, 1993.]

PRODUCERS FARMS, INC., *Plaintiff*, PHILLIP VILLEGAS,
ET AL, *Respondents*, v. MIKE BROWN,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant
County, No. 87-2-00378-3, Charles W. Cone, J., entered May
3, 1991. *Affirmed* by unpublished opinion per Sweeney, J.,
concurred in by Shields, C.J., and Thompson, J.

[No. 13332-6-II.   Division Two.   January 15, 1993.]

MARK E. CAMPBELL, ET AL, *Appellants*, v. MARRIOTT
CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-07635-4, Bruce W. Cohoe, J., entered September 29, 1989. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Morgan, J., concurred
in by Alexander, C.J., and Worswick, J. Pro Tem.